# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LEE CROSS,<br><br>        Petitioner,<br><br>   v.<br><br>RICK RILL,<br>        Respondent. | Case No. 1:18-cv-00821-LJO-JDP<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE<br><br>ECF No. 3 |

Petitioner Jerome Lee Cross, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a motion for appointment of counsel. *See* ECF No. 3. Petitioner states that he needs counsel because the legal and factual issues presented by his petition are complex. *See id.* at 3. The court disagrees. The issues presented in this case—alleged *Brady* violations and ineffective assistance of counsel—are common in habeas cases. The court concludes that the interests of justice do not require appointment of counsel for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). If petitioner decides to renew his motion for appointment of counsel, he should inform the court why he believes that he will prevail, his litigation experience, his education level, and any other information that would help the court assess his ability to represent himself or articulate his claims.

**Order**

Petitioner's motion for appointment of counsel, ECF No. 3, is denied without prejudice.

1

1
2  IT IS SO ORDERED.
3
4  Dated:   January 3, 2019                    _____
                                                UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28