UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME LEE CROSS,

          Petitioner,

    v.

RICK RILL,

           Respondent.

Case No. 1:18-cv-00821-LJO-JDP

ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION FOR WRIT OF HABEAS CORPUS

ECF No. 17

       Petitioner Jerome Lee Cross, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. The parties have fully briefed the petition, but petitioner has included as part of his traverse a motion to amend the petition. ECF No. 17. It appears to us that petitioner raises certain new arguments for the first time in his traverse and that he seeks the amendment of the petition as a way of having those new arguments considered by the court. We will grant petitioner's motion to amend and consider the newly raised arguments. The government need not file a response to the newly-raised arguments absent court order.

**Order**

       Petitioner's motion to amend petition, ECF No. 17, is granted.

IT IS SO ORDERED.

Dated:   __July 31, 2019__

                          UNITED STATES MAGISTRATE JUDGE