UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LEE CROSS, | No. 1:18-cv-00821-NONE-JDP |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THE PETITION FOR FAILURE TO PROSECUTE |
| v. | |
| RICK RILL, | (Doc. No. 22) |
| Defendant. | ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THIS CASE |

Petitioner Jerome Lee Cross, a current or former state prisoner, seeks a writ of habeas corpus under 28 U.S.C. § 2254. On June 24, 2020, the magistrate judge issued findings and recommendations that plaintiff's petition be dismissed for failure to prosecute. (Doc. No. 22.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days after service. The findings and recommendations were returned as undeliverable, and petitioner has not updated his address or otherwise responded.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

---

[1] All mail sent to plaintiff's address of record since early February 2020 has been returned as undeliverable. Local Rule 183 requires all persons appearing in propria persona to notify the court of any change of address within 63 days. That 63-day period has long since expired.

1

*de novo* review of the case.  Having carefully reviewed the entire file the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 24, 2020 (Doc. No. 22) are adopted in full;
2. The petition is dismissed for failure to prosecute; and,
3. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 4, 2020**                                    /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE